# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

DAYTON SUPERIOR CORPORATION,                )
                                             )
                        Plaintiff,           )
                                             )
        vs.                                  )    CIVIL ACTION NO. 3:12-cv-00263
                                             )
CONCRETEACCESSORIES.COM,                     )
                                             )
                        Defendant.           )

## ORDER GRANTING
## JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO
## COUNTERCLAIMS AND AMEND CALENDAR ORDER

Upon joint motion of the Parties and for good cause shown, the Joint Motion is hereby **GRANTED**. It is hereby **ORDERED** that Dayton shall have until January 14, 2013 to answer, move, or otherwise respond to the Answer and Counterclaims of Concrete Accessories.

It is further hereby **ORDERED** that the Calendar Order dated December 17, 2012, be amended as follows:

A.      The party claiming patent infringement shall produce or make available for inspection and copying the documents set forth in S. D. Ohio Pat R. 103.1 (b) by: January 11, 2013.

B.      The party claiming patent infringement must serve on all parties the Disclosure of Asserted Claims and Infringement Contentions described in S. D. Ohio Pat. R. 103.2 by: January 18, 2013

C.      Motions directed at the pleadings: January 28, 2013.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE